

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

December 19, 2019

**VIA ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Corcept Therapeutics, Inc. v. Sun Pharma Global FZE, et al.*
              Civil Action No. 19-15678 (SDW)(CLW)

Dear Judge Waldor:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents plaintiff Corcept Therapeutics, Inc. ("Corcept") in the above-captioned matter. We write on behalf of Corcept and Defendants Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited.

    Pursuant to the Scheduling Order (D.I. 25), the parties are to submit a proposed Discovery Confidentiality Order ("DCO") tomorrow. The parties are conferring in good faith on the DCO and believe that additional time will increase the likelihood of reaching agreement without the need for court intervention. Accordingly, and in light of the intervening holidays, the parties respectfully request a three-week extension, until January 10, 2020, to submit a proposed DCO to the Court. This requested extension will not result in any other changes to the case schedule. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                                                       Respectfully yours,

                                                                       */s/ William C. Baton*

                                                                       William C. Baton

cc:    All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Cathy L. Waldor, U.S.M.J.
December 19, 2019
Page 2


SO ORDERED


_____
Hon. Cathy L. Waldor, U.S.M.J.