**SAUL EWING**
**ARNSTEIN**
**& LEHR** LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

January 23, 2020

**VIA ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Corcept Therapeutics, Inc. v. Sun Pharma Global FZE, et al.*
           Civil Action No. 19-15678 (SDW)(CLW)

Dear Judge Waldor:

       This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents plaintiff Corcept Therapeutics, Inc. ("Corcept") in the above-captioned matter. We write on behalf of all parties regarding the case schedule.

       On January 23, 2020, Corcept filed an amended complaint, with Sun's consent, alleging infringement of an additional patent, U.S. Patent No. 10,500,216 (the "'216 Patent") (D.I. 33). In light of this, the parties have agreed, subject to Your Honor's approval, on the following adjustments to the case schedule to incorporate the new patent-in-suit into this case:

| **Current Date** | **Revised Date** | **Event** |
| --- | --- | --- |
| - | January 31, 2020 | Answer to Complaint ('216 Patent) |
| - | February 10, 2020 | Reply to Counterclaims ('216 Patent) |
| - | February 10, 2020 | Disclosure of Asserted Claims; Initial disclosures ('216 Patent) |
| January 23, 2020 | February 24, 2020 | Sun's Invalidity/Noninfringement Contentions |
| April 6, 2020 | May 6, 2020 | Corcept's Infringement/Validity Contentions |
| April 20, 2020 | May 20, 2020 | Motions to Add New Parties |

| | | |
|---|---|---|
| April 27, 2020 | May 27, 2020 | Parties exchange proposed terms for construction |
| May 11, 2020 | June 10, 2020 | Parties exchange proposed constructions and supportive intrinsic and extrinsic evidence |
| May 18, 2020 | June 17, 2020 | Parties exchange intrinsic/extrinsic evidence used to oppose other sides' construction |
| June 15, 2020 | July 15, 2020 | JCC chart and prehearing statement |
| July 13, 2020 | August 12, 2020 | Complete all *Markman* fact discovery |
| August 10, 2020 | September 9, 2020 | Motions to Amend Pleadings |
| August 24, 2020 | September 23, 2020 | Opening *Markman* briefs |
| September 21, 2020 | October 21, 2020 | Complete expert claim construction discovery |
| October 28, 2020 | November 30, 2020 | Responsive *Markman* Briefs |
| November 6, 2020 | December 7, 2020 | Deadline to propose schedule for *Markman* hearing |
| November 2020 | December 2020 | Suggested date for *Markman* hearing [handwritten: February 2021] FINAL PRETRIAL CONF. |
| TBD | TBD | Trial begins |
| December 10, 2021 | December 10, 2021 | 30 month stay ends |

If the proposed revised schedule meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement on the docket. Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All Counsel (via e-mail)

SO ORDERED:

_____
Hon. Cathy L. Waldor, U.S.M.J.

1/28/20