Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Corcept Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC., SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED, <br><br> Defendants. | Civil Action No. 19-15678 (SDW)(LDW) <br><br> (Filed Electronically) |

## STIPULATION AND SCHEDULING ORDER

Plaintiff Corcept Therapeutics, Inc. and Defendants Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited, by and through their respective undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that the July 13, 2020 scheduling order entered by the Court (D.I. 52) shall be amended as follows:

| **Current Date** | **Revised Date** | **Event** |
|---|---|---|
| August 13, 2020 | September 14, 2020 | Corcept's Infringement/Validity Contentions |
| August 27, 2020 | September 28, 2020 | Parties exchange proposed terms for construction |
| September 10, 2020 | October 12, 2020 | Parties exchange proposed constructions and supportive intrinsic and extrinsic evidence |
| September 17, 2020 | October 19, 2020 | Parties exchange intrinsic/extrinsic evidence used to oppose other sides' construction |
| September 30, 2020 | October 30, 2020 | JCC chart and prehearing statement |
| October 16, 2020 | November 16, 2020 | Complete all *Markman* fact discovery |
| October 23, 2020 | November 23, 2020 | Motions to Amend Pleadings |
| October 30, 2020 | November 30, 2020 | Opening *Markman* Briefs |
| November 25, 2020 | December 22, 2020 | Complete expert claim construction discovery |
| December 22, 2020 | January 22, 2021 | Responsive *Markman* Briefs |
| December 29, 2020 | January 29, 2021 | Deadline to propose schedule for *Markman* Hearing |
| January 2021 | February 2021 | Suggested date for *Markman* Hearing |
| TBD | TBD | Trial begins |
| December 10, 2021 | December 10, 2021 | 30 month stay ends |

SO STIPULATED on this 12th day of August, 2020:

By: s/ Sarah A. Sullivan
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey  07102-5426
    (973) 286-6700

By: s/ Gregory D. Miller
    Gregory D. Miller
    Gene Y. Kang
    RIVKIN RADLER LLP
    25 Main Street
    Court Plaza North, Suite 501
    Hackensack, NJ 07601
    Telephone: 201-287-2460

clizza@saul.com
wbaton@saul.com

*Of Counsel*:

F. Dominic Cerrito
Eric C. Stops
Daniel C. Wiesner
John P. Galanek
Nicholas A. LoCastro
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

*Attorneys for Plaintiff*
*Corcept Therapeutics, Inc.*

Gregory.Miller@rivkin.com
Gene.Kang@rivkin.com

Stephen P. Benson
(admitted *pro hac vice*)
Kimberly A. Beis
(admitted *pro hac vice*)
FREEBORN & PETERS LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606
Telephone: 312-360-6000
sbenson@freeborn.com
kbeis@freeborn.com

*Attorneys for Defendants Sun Pharma*
*Global FZE, Sun Pharma Global Inc.,*
*Sun Pharmaceutical Industries, Inc., and*
*Sun Pharmaceutical Industries Limited*

**IT IS SO ORDERED** on this  12th  day of       August       , 2020.

_____
Hon. Leda D. Wettre, U.S.M.J.