Gregory D. Miller
Gene Y. Kang
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601
Telephone: 201-287-2460
Gregory.Miller@rivkin.com
Gene.Kang@rivkin.com

*Attorneys for Defendants Sun Pharma*
*Global FZE, Sun Pharma Global Inc.,*
*Sun Pharmaceutical Industries, Inc., and*
*Sun Pharmaceutical Industries Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CORCEPT THERAPEUTICS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC., SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,**<br><br>**Defendants.** | **Civil Action No. 19-15678 (SDW)(LDW)**<br><br>**(Filed Electronically)** |

**STIPULATION AND SCHEDULING ORDER**

Plaintiff Corcept Therapeutics, Inc. and Defendants Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited, by and through their respective undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that the August 12, 2020 scheduling order entered by the Court (D.I. 54) shall be amended as follows:

| **Proposed Date** | **Event** |
|---|---|
| December 18, 2020 | Corcept's Infringement/Validity Contentions |
| *December 23, 2020* | *Parties exchange proposed terms for construction* |
| *January 6, 2021* | *Parties exchange proposed constructions and supportive intrinsic and extrinsic evidence* |
| *January 13, 2021* | *Parties exchange intrinsic/extrinsic evidence used to oppose other sides' construction* |
| *January 20, 2021* | *JCC chart and prehearing statement* |
| January 20, 2021 | Motion to Amend Pleadings |
| *February 10, 2021* | *Opening Markman Briefs* |
| *March 10, 2021* | *Responsive Markman Brief* |
| *March 17, 2021* | *Deadline to propose schedule for Markman Hearing* |
| *April 2021* | *Suggested date for Markman Hearing [1]* |
| May 20, 2021 | Close of Fact Discovery |
| June 23, 2021 | Opening Expert Reports |
| August 11, 2021 | Responsive Expert Reports |
| September 17, 2021 | Close of Expert Discovery |
| October 22, 2021 | Pretrial Order |
| ~~Late October 2021~~ | Pretrial Hearing        **TBD** |

---

[1] The parties discussing the possibility of streamlining Claim Construction/Markman in light of the Markman Order and Opinion in *Corcept v. Teva* relating to the same patents and will update the Court accordingly.

| ~~November 2021~~ | Trial **TBD** |
|---|---|
| December 10, 2021 | 30 month Stay |

SO STIPULATED on this 11th day of November, 2020:

By: *s/William C. Baton*
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey  07102-5426
    (973) 286-6700
    clizza@saul.com
    wbaton@saul.com

    *Of Counsel*:

    F. Dominic Cerrito
    Eric C. Stops
    Daniel C. Wiesner
    John P. Galanek
    Nicholas A. LoCastro
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York  10010
    (212) 849-7000

    *Attorneys for Plaintiff*
    *Corcept Therapeutics, Inc.*

By: *s/Gregory D. Miller*
    Gregory D. Miller
    Gene Y. Kang
    RIVKIN RADLER LLP
    25 Main Street
    Court Plaza North, Suite 501
    Hackensack, NJ 07601
    Telephone: 201-287-2460
    Gregory.Miller@rivkin.com
    Gene.Kang@rivkin.com

    Stephen P. Benson
    (admitted *pro hac vice*)
    Kimberly A. Beis
    (admitted *pro hac vice*)
    FREEBORN & PETERS LLP
    311 S. Wacker Drive
    Suite 3000
    Chicago, IL 60606
    Telephone: 312-360-6000
    sbenson@freeborn.com
    kbeis@freeborn.com

    *Attorneys for Defendants Sun Pharma*
    *Global FZE, Sun Pharma Global Inc.,*
    *Sun Pharmaceutical Industries, Inc., and*
    *Sun Pharmaceutical Industries Limited*

**IT IS SO ORDERED** on this 13th day of    November   , 2020.

_____
    Hon. Leda D. Wettre, U.S.M.J.

**The parties shall appear for a telephone conference on 12/16/2020 at 4:30 p.m.  The parties shall submit concise status letters to the Court no later than three business days in advance of the conference.  At the allotted time, counsel are to dial (888) 684-8852, code 8948139.