

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

December 10, 2020

**VIA ECF**
The Honorable Leda D. Wettre, U.S.M.J.
United States District Court Clerk
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   *Corcept Therapeutics, Inc. v. Sun Pharma Global FZE, et al.*
            C.A. No. 2:19-cv-15678- SDW-LDW

Dear Magistrate Judge Wettre:

    Together with Freeborn & Peters LLP, we represent defendants, Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited, (collectively, "Defendants" or "Sun") in the above-referenced action. Pursuant to the Stipulation and Scheduling Order entered by the Court on November 13, 2020, the parties are due to submit a status letter to the Court by December 11, 2020 in advance of the telephonic status conference scheduled for December 16, 2020. (D.E. 56). In order to provide the Court with the most accurate information, the parties respectfully request that the Court extend this deadline to December 14, 2020.

    If the foregoing is amenable to the Court, we respectfully request that Your Honor So Order this letter application. We thank the Court for its continued attention to this matter.

                          Respectfully submitted,

                          RIVKIN RADLER LLP

                          *s/ Gregory D. Miller*
                          GREGORY D. MILLER

cc:    All Counsel of Record (*via* ECF and email)

                          SO ORDERED:

                          _____
                          HON. LEDA D. WETTRE, U.S.M.J.

66 South Pearl Street          477 Madison Avenue          2649 South Road          926 RXR Plaza
Albany, NY 12207-1533          New York, NY 10022-5843     Poughkeepsie, NY 12601-6843  Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199  T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777  T 516.357.3000 F 516.357.3333

5062292.v1