

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

June 16, 2021

**VIA ECF & FEDEX**

The Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Corcept Therapeutics, Inc. v. Sun Pharma Global FZE, et al.*
              Civil Action No. 19-15678 (SDW)(LDW)

Dear Judge Wigenton:

      This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents plaintiff Corcept Therapeutics, Inc. in the above-captioned matter.

      We are pleased to inform the Court that the parties have reached an amicable resolution of this matter. Accordingly, enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal, which, subject to the Court's approval, would dismiss this case. If the enclosed Stipulation and Order of Dismissal meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

      Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

Enclosure
cc:   Hon. Leda D. Wettre, U.S.M.J. (via ECF)
        All counsel (via email)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CORCEPT THERAPEUTICS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,** <br><br> Defendants. | Civil Action No. 19-15678 (SDW)(LDW) <br><br> (Filed Electronically) |

## STIPULATION AND ORDER OF DISMISSAL

The Court, upon the consent and request of Plaintiff Corcept Therapeutics, Inc. ("Corcept") and Defendants Sun Pharma Global FZE ("Sun FZE"), Sun Pharmaceutical Industries, Inc. ("Sun Inc."), and Sun Pharmaceutical Industries Limited ("Sun Ltd.") (collectively, "Sun"), hereby enters into the record the following Stipulated Facts and issues the following Order of Dismissal:

## STIPULATED FACTS

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action"). This Court has personal jurisdiction over Corcept and Sun, and venue is proper in this Court.

2. In this Action, Corcept has charged Sun with infringement of certain claims of United States Patent Nos. 8,921,348, 9,829,495; 10,195,214; 10,500,216; 10,842,800; and 10,842,801 (together, the "Asserted Patents") in connection with Sun's submission of Abbreviated New Drug Application ("ANDA") No. 213387, directed to a generic 300 mg mifepristone product indicated to control hyperglycemia secondary to hypercortisolism in adult

patients with endogenous Cushing's syndrome who have type 2 diabetes mellitus or glucose intolerance and have failed surgery or are not candidates for surgery (hereinafter, "Sun's Generic Product"), to the U.S. Food and Drug Administration ("FDA").

## **STIPULATED ORDER OF DISMISSAL**

Accordingly, pursuant to the above Stipulated Facts, and upon the consent and request of Corcept and Sun, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. All claims, defenses, and counterclaims in this Action are hereby dismissed, without prejudice.

2. Until expiration of the Asserted Patents, including any extensions and pediatric exclusivities, Sun, including any of its successors and assigns, is enjoined from infringing the Asserted Patents, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing Sun's Generic Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Corcept.

3. This Court retains jurisdiction over Corcept and Sun for purposes of enforcing this Stipulation and Order of Dismissal.

4. Each party shall bear its own fees and costs in connection with this Action, including attorneys' fees.

5. The Clerk of the Court is directed to enter this final judgment forthwith.

**SO ORDERED:**

This _____ day of _____, 2021

_____
The Honorable Susan D. Wigenton, U.S.D.J.

SO STIPULATED:

Dated: June 16, 2021

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING ARNSTEIN
    & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey 07102-5426
    (973) 286-6700
    clizza@saul.com
    wbaton@saul.com

    *Attorneys for Plaintiff*
    *Corcept Therapeutics, Inc.*

By: s/ Gregory D. Miller
    Gregory D. Miller
    Gene Y. Kang
    RIVKIN & RADLER LLP
    25 Main Street
    Court Plaza North, Suite 501
    Hackensack, NJ 07601
    (201) 287-2460
    Gregory.Miller@rivkin.com
    Gene.Kang@rivkin.com

    *Attorneys for Defendants*
    *Sun Pharma Global FZE,*
    *Sun Pharmaceutical Industries, Inc.,*
    *and Sun Pharmaceutical Industries*
    *Limited*