**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CORCEPT THERAPEUTICS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,**<br><br>**Defendants.** | **Civil Action No. 19-15678 (SDW)(LDW)**<br><br>**(Filed Electronically)** |

**STIPULATION AND ORDER OF DISMISSAL**

The Court, upon the consent and request of Plaintiff Corcept Therapeutics, Inc. ("Corcept") and Defendants Sun Pharma Global FZE ("Sun FZE"), Sun Pharmaceutical Industries, Inc. ("Sun Inc."), and Sun Pharmaceutical Industries Limited ("Sun Ltd.") (collectively, "Sun"), hereby enters into the record the following Stipulated Facts and issues the following Order of Dismissal:

**STIPULATED FACTS**

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action"). This Court has personal jurisdiction over Corcept and Sun, and venue is proper in this Court.

2. In this Action, Corcept has charged Sun with infringement of certain claims of United States Patent Nos. 8,921,348, 9,829,495; 10,195,214; 10,500,216; 10,842,800; and 10,842,801 (together, the "Asserted Patents") in connection with Sun's submission of Abbreviated New Drug Application ("ANDA") No. 213387, directed to a generic 300 mg mifepristone product indicated to control hyperglycemia secondary to hypercortisolism in adult

patients with endogenous Cushing's syndrome who have type 2 diabetes mellitus or glucose intolerance and have failed surgery or are not candidates for surgery (hereinafter, "Sun's Generic Product"), to the U.S. Food and Drug Administration ("FDA").

**STIPULATED ORDER OF DISMISSAL**

Accordingly, pursuant to the above Stipulated Facts, and upon the consent and request of Corcept and Sun, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. All claims, defenses, and counterclaims in this Action are hereby dismissed, without prejudice.

2. Until expiration of the Asserted Patents, including any extensions and pediatric exclusivities, Sun, including any of its successors and assigns, is enjoined from infringing the Asserted Patents, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing Sun's Generic Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Corcept.

3. This Court retains jurisdiction over Corcept and Sun for purposes of enforcing this Stipulation and Order of Dismissal.

4. Each party shall bear its own fees and costs in connection with this Action, including attorneys' fees.

5. The Clerk of the Court is directed to enter this final judgment forthwith.

**SO ORDERED:**

This 17th day of June, 2021

[signature]

The Honorable Susan D. Wigenton, U.S.D.J.

SO STIPULATED:

Dated: June 16, 2021

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN
& LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiff*
*Corcept Therapeutics, Inc.*

By: s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
RIVKIN & RADLER LLP
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601
(201) 287-2460
Gregory.Miller@rivkin.com
Gene.Kang@rivkin.com

*Attorneys for Defendants*
*Sun Pharma Global FZE,*
*Sun Pharmaceutical Industries, Inc.,*
*and Sun Pharmaceutical Industries*
*Limited*